■ ELDON S. GARDNER, JR., et al., Appellants, v STATE OF NEW YORK, Respondent.—Order unanimously affirmed without costs for the reasons stated at Court of Claims, Quigley, J. (Appeal from order of Court of Claims, Quigley, J.—late notice

of claim.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.